# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 6:16-BK-16227-SC |
| | § | |
| Streits German Bakery, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Todd A. Frealy, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $21,700.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $63,301.16 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $26,698.84 | | |

3)  Total gross receipts of $90,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $90,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $26,698.84 | $26,698.84 | $26,698.84 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $93,177.35 | $112,170.83 | $112,170.83 | $63,301.16 |
| **Total Disbursements** | $93,177.35 | $138,869.67 | $138,869.67 | $90,000.00 |

4). This case was originally filed under chapter 7 on 07/13/2016. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2018      By: /s/ Todd A. Frealy
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement Proceeds | 1249-000 | $90,000.00 |
| **TOTAL GROSS RECEIPTS** | | $90,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS
NONE


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TODD FREALY, Trustee | 2100-000 | NA | $7,750.00 | $7,750.00 | $7,750.00 |
| TODD FREALY, Trustee | 2200-000 | NA | $155.42 | $155.42 | $155.42 |
| Contents Solutions, Inc. | 2410-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| Union Bank | 2600-000 | NA | $74.45 | $74.45 | $74.45 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| PENA & SOMA, APC, Attorney for Trustee | 3210-000 | NA | $8,737.50 | $8,737.50 | $8,737.50 |
| PENA & SOMA, APC, Attorney for Trustee | 3220-000 | NA | $67.67 | $67.67 | $67.67 |
| HAHN FIFE & COMPANY, LLP, Accountant for Trustee | 3410-000 | NA | $1,377.00 | $1,377.00 | $1,377.00 |
| HAHN FIFE & COMPANY, LLP, Accountant for Trustee | 3420-000 | NA | $236.80 | $236.80 | $236.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $26,698.84 | $26,698.84 | $26,698.84 |


### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Franchise Tax Board | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2 | Moto Group, Inc. | 7100-000 | $40,537.50 | $17,170.83 | $17,170.83 | $17,170.83 |
| 4-1 | Oskar & Eveline Streit | 7400-000 | $0.00 | $95,000.00 | $95,000.00 | $46,130.33 |
|  | Bank of America | 7100-000 | $12.13 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 | $49.14 | $0.00 | $0.00 | $0.00 |
|  | FARMERS INSURANCE | 7100-000 | $37,000.00 | $0.00 | $0.00 | $0.00 |
|  | JS Cabinets | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
|  | Lease Finance Group, LLC | 7100-000 | $578.58 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $93,177.35 | $112,170.83 | $112,170.83 | $63,301.16 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1      Exhibit 8

| Case No.: | 16-16227-SC | Trustee Name: | Todd A. Frealy |
|---|---|---|---|
| Case Name: | Streits German Bakery, LLC | Date Filed (f) or Converted (c): | 07/13/2016 (f) |
| For the Period Ending: | 5/3/2018 | §341(a) Meeting Date: | 08/18/2016 |
| | | Claims Bar Date: | 01/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT - BANK OF AMERICA | $1,700.00 | $1,700.00 | | $0.00 | FA |
| Asset Notes: | No need to recover funds - settlement proceeds recovered which results in a surplus. | | | | | |
| 2 | ACCOUNTS RECEIVABLE | $20,000.00 | $20,000.00 | | $0.00 | FA |
| Asset Notes: | $40,000 FACE AMOUNT - $20,000 DOUBTFUL OR UNCOLLECTIBLE ACCOUNTS = $20,000  No need to recover funds - settlement proceeds recovered which results in a surplus. | | | | | |
| 3 | OFFICE EQUIPMENT | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | MOST EQUIPMENT DESTROYED IN THE FIRE. THE BALANCE OF THE EQUIPMENT WAS PUT IN STORAGE AND SOLD BY THE STORAGE COMPANY FOR NON PAYMENT OF FEES. | | | | | |
| 4 | Settlement Proceeds (u) | $0.00 | $90,000.00 | | $90,000.00 | FA |
| Asset Notes: | Motion to approve compromise of controversy filed 3/3/17. Order granting motion to approve compromise of controversy entered 3/21/17.  Settlement is for total sum of $90,000. Oskar & Eviline Streit shall return to Trustee $40,000. FirstKey and LoanCare shall return to the Trustee $50,000. | | | | | |
| 5 | Miscellaneous Baking Tools and Equipment (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | See attachment to abandonment from Contents Solutions, Inc.  Items include: boxes of banking sheets, snapple machine, baking racks, rolling salt container with lid, dollys, scoops -metal and plastic, shelves, tables, squeegee, light to bakery display, flour containers, bakers racks, corn starch container, breaded flour container, step stool, bread slicer, wood chairs, s/s prep table, dough press, register w/ key, time card slot, metal chairs, brooms, wood pieces, cake plates, metal tubes, cord, dust pans, scale, PCs for shelves, black rolling chairs, metal cake pans, wicker baskets, buckets, kitchen sink, metal racks, hanging pan rack, metal bins, rolling rack for cooling tray, sink, racks, frying racks, framed mirror, fan, drawer, mixing bowls, mixing paddles, containers with lids, cookie trays & stamps, binders, cables, wires, light bulbs, paper organizers, side tracks for baking racks, utensils, parts, hamper rack, electric boxes, paper towel dispenser, chandelier lights, pipes, bread rack, cake rack, metal rods, spray cans, saw, paper cutter, cake molds, boxes of hardware, bowls, framed pic, mop bucket w/ mop, food wrapping machine, plastic dresser w/ cake decor, trash can, bakery case, metal ice scoop, pin roller, stir spoons, metal hand mixing wisk, glass shelves, front bakery display.  Abandonment filed 5/23/17. Value does not exceed the value of liens and estimated sale costs. | | | | | |
| INT | Post-Petition Interest Deposits (u) | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$21,700.00          $111,700.00          $90,000.00          $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 16-16227-SC | Trustee Name: | Todd A. Frealy |
|---|---|---|---|
| Case Name: | Streits German Bakery, LLC | Date Filed (f) or Converted (c): | 07/13/2016 (f) |
| For the Period Ending: | 5/3/2018 | §341(a) Meeting Date: | 08/18/2016 |
| | | Claims Bar Date: | 01/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

Status as of 12/31/17:
Application for fees filed 10/30/17 by Pena & Soma. TFR submitted to UST on 10/30/17. TFR filed with Court on 11/13/17. TFR Hearing held 12/19/17 - granted. Order allowing fees and expenses entered 12/19/17. Distribution made.

Status as of 9/30/17:
Analyze new claim and Update Annotated Claims Register. Counsel working with creditor regarding possible admin claim. Stipulation with Contents Solutions, Inc. allowing administrative claim filed 9/12/17. Motion to approve stipulation with Contents Solutions, Inc. filed 9/12/17. Order granting motion to approve stipulation with Contents Solutions, Inc. entered 9/29/17.

Status as of 6/30/17:
Order granting application to employ Hahn Fife & Company, LLP as Accountants entered 4/18/17. Estate tax returns prepared and submitted to taxing agencies. Request for Court Costs filed 5/23/17. $0 Court Costs due. Notice to Professionals to file applications for compensation filed 5/23/17. Notice of Intent to abandon estate property filed 5/23/17 re misc baking tools and equipment. Application for compensation filed 6/7/17 by Hahn Fife & Company, LLP.

PERIOD ENDING 3/31/17:
Motion to approve compromise filed 3/3/17. $90,000 shall be returned to Trustee from Oskar & Eviline Streit ($40,000) and FirstKey and LoanCare ($50,000). Order granting motion to approve compromise entered 3/21/17. Estate tax returns are necessary. Application to employ Hahn Fife & Company, LLP as Accountants filed 3/28/17.

Status as of 12/31/16:
Notice of Assets filed 10/7/16. POC Deadline 1/10/17. Application to employ Pena & Soma as general counsel for Trustee filed 11/22/16. Order granting application to employ Pena & Soma entered 12/20/16.

Status as of 9/30/16:
Ch. 7 Voluntary Petition filed 7/13/16. Meeting of creditors held 8/18/16 and continued. Trustee requested additional information re sales of recipes and insurance funds received. UCC searches completed.

| **Initial Projected Date Of Final Report (TFR):** | 07/31/2018 | **Current Projected Date Of Final Report (TFR):** | 07/31/2018 | /s/ TODD A. FREALY |
|---|---|---|---|---|
| | | | | TODD A. FREALY |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 16-16227-SC | | Trustee Name: | Todd A. Frealy |
|---|---|---|---|---|
| Case Name: | Streits German Bakery, LLC | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***3652 | | Checking Acct #: | ******5198 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 7/13/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/3/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2017 | ( 4) | Oskar Streit & Eveline Streit | Settlement Payment Personal Check | 1249-000 | $40,000.00 | | $40,000.00 |
| 03/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $39,985.00 |
| 04/03/2017 | ( 4) | PENA & SOMA, A PROFESSIONAL CORPORA | Settlement Proceeds LoanCare, LLC and FirstKey Mortgage, LLC funds received | 1249-000 | $50,000.00 | | $89,985.00 |
| 04/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.45 | $89,925.55 |
| 12/20/2017 | 1001 | TODD FREALY | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,750.00 | $82,175.55 |
| 12/20/2017 | 1002 | TODD FREALY | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $155.42 | $82,020.13 |
| 12/20/2017 | 1003 | Contents Solutions, Inc. | Final distribution representing a payment of 100.00 % per court order. | 2410-000 | | $7,500.00 | $74,520.13 |
| 12/20/2017 | 1004 | FRANCHISE TAX BOARD | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 2820-000 | | $800.00 | $73,720.13 |
| 12/20/2017 | 1005 | PENA & SOMA, APC | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $8,737.50 | $64,982.63 |
| 12/20/2017 | 1006 | PENA & SOMA, APC | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $67.67 | $64,914.96 |
| 12/20/2017 | 1007 | HAHN FIFE & COMPANY, LLP | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,377.00 | $63,537.96 |
| 12/20/2017 | 1008 | HAHN FIFE & COMPANY, LLP | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $236.80 | $63,301.16 |
| 12/20/2017 | 1009 | Moto Group, Inc. | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $17,170.83 | $46,130.33 |
| 12/20/2017 | 1010 | Oskar & Eveline Streit | Final distribution to claim 4 representing a payment of 48.56 % per court order. | 7400-000 | | $46,130.33 | $0.00 |

**SUBTOTALS**    $90,000.00    $90,000.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2     Exhibit 9

| Case No. | 16-16227-SC | Trustee Name: | Todd A. Frealy |
|---|---|---|---|
| Case Name: | Streits German Bakery, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***3652 | Checking Acct #: | ******5198 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 7/13/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/3/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $90,000.00 | $90,000.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $90,000.00 | $90,000.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $90,000.00 | $90,000.00 | |

**For the period of 7/13/2016 to 5/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $90,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $90,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $90,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/22/2017 to 5/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $90,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $90,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $90,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3         Exhibit 9

| Case No. | 16-16227-SC | Trustee Name: | Todd A. Frealy |
|---|---|---|---|
| Case Name: | Streits German Bakery, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***3652 | Checking Acct #: | ******5198 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 7/13/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/3/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $90,000.00 | $90,000.00 | $0.00 |

**For the period of 7/13/2016 to 5/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $90,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $90,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $90,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/13/2016 to 5/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $90,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $90,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $90,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ TODD A. FREALY

TODD A. FREALY